AO 240A (1/94)

#4

United States District Court
Southern District of Texas
ENTERED

AUG 3 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# United States District Court

SOUTHERN —— DISTRICT OF —— TEXAS

United States District Court
Southern District of Texas
FILED

AUG 2 8 1998

Michael N. Milby, Clerk of Court

PALPH D. PARDUE, JR.
         Plaintiff

V.

M. KARL, REGIONAL DIRECTOR, ET AL
         Defendant

## ORDER ON APPLICATION
## TO PROCEED WITHOUT
## PREPAYMENT OF FEES

CASE NUMBER:    CA-B-98-025

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

[X] GRANTED.

[ ] The clerk is directed to file the complaint.

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

ENTER this ____28th____ day of ____August____, 19 98 ____.

Signature of Judicial Officer   Fidencio G. Garza, Jr.

United States Magistrate Judge
Name and Title of Judicial Officer

ClibPDF - www.fastio.com