*13*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## UNITED STATES COURTHOUSE
## P. O. DRAWER 31
## 500 E. 10TH ST., SUITE 234
## BROWNSVILLE, TEXAS 78522

CHAMBERS OF  
JOHN WM. BLACK        October 19, 1998        PHONE (956) 548-2570  
MAGISTRATE JUDGE

Mr. Ralph Pardue, Pro Se  
#552269, TDCJ  
Dalhart Unit  
HCR 4, Box 4000  
Dalhart, TX 79022

Mr. Daniel M. Castillo  
Assistant Attorney General  
P. O. Box 12548, Capitol Station  
Austin, TX 78711

Ms. Linda M. Kearney  
PORTER, ROGERS, DAHLMAN & GORDON  
P. O. Box 2968  
Corpus Christi, TX 78403-2968

       RE:    C.A. NO. B-98-025, RALPH S. PARDUE, JR. VS M. KARL, ET AL

Counselors:

    Please take notice that his case has been assigned by U.S. Judge Filemon B. Vela to the undersigned U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and General Order No. 80-5 of the United states District Court for the Southern District of Texas.

    Counsels' attention is directed to the provision of 28 U.S.C. § 636(c)(1) which provide that the undersigned may, with the consent of all parties, conduct all further proceedings including trial and judgment. A form on which counsel can indicate consent is enclosed.

    If ALL parties consent, please sign the consent form and return it to the clerk's office. DO NOT RETURN THIS FORM UNLESS IT HAS BEEN SIGNED BY ALL PARTIES.

YOU ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.

An initial pretrial conference is set for January 14, 1999, at 2:00 p.m., before the Honorable John Wm. Black in Brownsville, Texas (conference may be held telephonically if requested and all parties are in agreement and Court is notified in advance) at which time dates will set for:

1. Discovery deadline;

2. Conduct of the case including additional pretrial conferences, and hearings on motions;

3. Filing a Joint Pretrial Order which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas;

4. A final pretrial and settlement conference; and

5. A trial on the merits.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, counsel shall comply fully with Rule 6 of the Local Rules of the United States District Court for the Southern District of Texas. In particular, the District Clerk has been advised that no opposed motion will be filed unless it:
"contain[s] an averment that [t]he movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion." Rule 6(A)(4)(b).

Very truly yours,

/s/ John Wm. Black
John Wm. Black
United States Magistrate Judge