lmv

14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 2 0 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

RALPH S. PARDUE, JR.    *
                        *
                        *
   VS                   *  C.A. B98 025
                        *
M. KARL, ET AL          *

## O R D E R

Before this Court is a 42 U.S.C. § 1983 cause of action filed by a person in state custody, pro se. Upon consideration and review, it is this Court's opinion that:

1. 6-1: Motion for Leave to Amend Complaint should be **granted**;

2. 12: Motion to Dismiss should be **denied** at this time;

3. 12-1: Motion to Quash should be **granted**;

4. Petitioner should file an amended petition specifically pleading the factual allegation in support of his claims on or before November 20, 1998;

5. Defendants should file their respective answers, addressing the merits, if any, of Petitioner's claims on or before December 20, 1998; and

6.      An initial pretrial telephonic conference should be set on January 14, 1999, at 2:00 p.m. Said telephonic conference shall be initiated by Defendant M. KARL's counsel.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 19th day of October, 1998.

                                            John Wm. Black
                                      United States Magistrate Judge

ClibPDF - www.fastio.com