IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RALPH D. PARDUE, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION B-98-025 |
| | § | |
| M. KARL, WARDEN ANDERSON | § | |
| CAPTAIN BARRERA AND | § | |
| M. ARREDONDO | § | <u>JURY DEMAND</u> |

## <u>ORDER</u>

BE IT REMEMBERED that on this day came on to be heard "Plaintiff's Request to Clerk under Rule 55(a)(1) Default" and the Court, after considering the pleadings, authorities presented, and arguments of counsel is of the opinion that Plaintiff's Motion should be denied.

IT IS THEREFORE ORDERED that "Plaintiff's Request to Clerk under Rule 55(a)(1) Default" is DENIED.

SIGNED this 13 day of JAN, 1998.

_____
JUDGE PRESIDING