UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RALPH D. PARDUE, JR. | * | |
| | * | |
| VS | * | C.A. NO. B98 025 |
| | * | |
| M. KARL, ET AL | * | |

## ORDER SETTING CONFERENCE

A telephonic status conference in above-captioned and numbered cause of action is hereby set for **Thursday, January 21, 1999, at 2:00 p.m.** Defendants' counsel shall initiate said telephonic conference.

DONE at Brownsville, Texas, this **13th** day of **January, 1999.**

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520
956/548-2570