lmv



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 19 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

RALPH D. PARDUE, JR.          *

    VS                        *   C.A. NO. B98 025

M. KARL, ET AL                *

## ORDER RESETTING CONFERENCE

The telephonic status conference, in the above-captioned and numbered cause of action, is hereby reset from January 21, 1999, to **January 27, 1999, at 2:00 p.m.**, since the Petitioner is not available for the conference on January 21st.

DONE at Brownsville, Texas, this 19th day of January, 1999.

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520
956/548-2570