39

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 28 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RALPH D. PARDUE, JR., Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. B-98-025 |
| M. KARL, WARDEN ANDERSON, CAPTAIN BARRERA AND M. ARREDONDO, Defendants | § § § § | |

## ORDER

Before this Court is a 42 U.S.C. §1983 cause of action filed by a person in state custody, pro se. Upon consideration and review, it is this Court's opinion that:

1. 21    Plaintiff's Request to Clerk Under Rule 45 Subpoena should be DENIED;
2. 31    Plaintiff's Rule 26(a)(1) General Provisions Governing Discovery, Duty of Disclosure should be DENIED;
3. 32    Defendants' Motion to Stay Disclosure and Discovery should be GRANTED;

As per the Court's ruling on Defendants' Motion for Summary Judgment, Plaintiff's §1983 cause of action is now treated as a Petition for Habeas Corpus under 28 U.S.C. §2254. Upon consideration and review, it is this Court's opinion that:

4. 35 36    Plaintiff's Motion for Joinder of Persons Needed for a Just Adjudication should be GRANTED;
5. 36 37    Plaintiff's Request to Clerk for Rule 55(a) Default Judgment Against M. Karl should be DENIED.

It is so ORDERED.

DONE in Brownsville, Texas this 25th day of May, 1999.

Felix Recio
United States Magistrate Judge