40

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 28 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RALPH D. PARDUE, JR., § | |
| Plaintiff § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-98-025 |
| M. KARL, WARDEN ANDERSON, § | |
| CAPTAIN BARRERA AND § | |
| M. ARREDONDO § | |
| Defendants § | |

## ORDER

Before this court is a 28 U.S.C. §2254 cause of action filed by a person in state custody, pro se. Upon consideration and review, it is this Court's opinion that:

1. Pursuant to *Broussard v. Johnson*, 918 F. Supp. 1040 (E.D. Tex 1996), Plaintiff Ralph Pardue's action, originally filed under 42 U.S.C. §1983 is hereby treated as an application for a writ of habeas corpus under 28 U.S.C. §2254.

2. The State of Texas is therefore ORDERED to SHOW CAUSE why the application for the writ of habeas corpus submitted by Ralph Pardue should not be granted.

3. The State is granted twenty days from the date of service of this order within which to reply.

It is so ORDERED.

DONE in Brownsville, Texas this 25th day of May, 1999.

_____
Felix Recio
United States Magistrate Judge