61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RALPH D. PARDUE, JR. § | |
|   TDCJ # 00552269 § | |
|     Petitioner-Appellant, § | |
| § | CIVIL ACTION NO. B-98-025 |
| vs. § | |
| § | |
| M. KARL, et. al. § | |
|     Respondents. § | |

### ORDER REGARDING MOTION TO PROCEED *IN FORMA PAUPERIS*

The Court has considered the Petitioner's Motion to Proceed *In Forma Pauperis* on appeal and the certified trust fund account statement or institutional equivalent.

It is ORDERED that:

1. The Appellant is not assessed an initial partial filing fee because he lacks the requisite funds.

2. The agency having custody of the Appellant shall collect the amount of the appellate filing fee, $105.00, from the Appellant's trust account or institutional equivalent, when funds are available, and forward it to the Clerk of the District Court.

3. The Motion to Proceed *In Forma Pauperis* on appeal pursuant to 28 U.S.C. § 1915 (Doc. # 59) is **GRANTED**.

4. The Clerk shall mail a copy of this Order to the Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629 and to TDCJ Office of the General Counsel, P.O. Box 13084, Capitol Station, Austin, Texas 78711, FAX: (512) 936-2159.

DONE this 21st day of January, 2000 in Brownsville, Texas.

Filemon B. Vela

United States District Judge

ClibPDF - www.fastio.com