62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RALPH D. PARDUE, JR.<br>　　Petitioner,<br>v.<br><br>M. KARL, et. al.<br>　　Respondents. | §<br>§<br>§　CIVIL ACTION NO. B-98-025<br>§<br>§<br>§ |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

　　This Court dismissed Petitioner's Motion for Habeas Corpus Relief pursuant to 28 U.S.C. § 2254 on the 18th day of August, 1999. Petitioner then filed his Notice of Appeal on the 7th day of September, 1999. Rule 22(b) of the Federal Rules of Appellate Procedure requires that the District Judge rule on the issuance of a Certificate of Appealability upon the filing of a Notice of Appeal. An Applicant cannot take an appeal without a certificate.

　　The standard for such a certificate is set forth in 28 U.S.C. § 2253. In order to issue the Certificate of Appealability, the Applicant must make a substantial showing of the denial of a constitutional right. In this Court's judgment, the Petitioner has failed to make such a showing and therefore the Certificate of Appealability is hereby **DENIED**.

　　It is so **ORDERED**.

　　DONE this 21st day of January, 2000 in Brownsville, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　　Filemon B. Vela
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge