65

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

RALPH D. PARDUE, JR.          *

    VS                        *        CIVIL ACTION NO. B98-025

M. KARL, ET AL                *

### ORDER VACATING COURT'S ORDER GRANTING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS

Pursuant to the order of the United States Court of Appeals for the Fifth Circuit, this Court's previous order granting Petitioner's Motion to Proceed in Forma Pauperis is hereby **VACATED**.

It is further **ORDERED** that the District Clerk refund any part of the fee paid by the Petitioner.

DONE at Brownsville, Texas, on this 2nd day of August ~~July~~ 2000.

_____
Judge Presiding