IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 16 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RALPH D. PARDUE, JR. | * | |
| VS | * | C.A. NO. B98-025 |
| M. KARL, ET AL | * | |

## O R D E R

Petitioner's, RALPH D. PARDUE, JR., Motion for Delayed Petition Rule 9 is DENIED as improper and procedurally insufficient.

This case has been dismissed by the District Court (Docket No. 54) and Petitioner's Application for a Certificate of Appealability has been denied by the Fifth Circuit Court of Appeals (Docket No. 64). The Fifth Circuit remanded the Petitioner's case to the District Court for the sole purpose of vacating the Court's prior order granting Petitioner to proceed in forma pauperis. The District Court has complied with the Fifth Circuit's order (Docket No. 65).

This case is ORDERED closed and Petitioner's Motion is DENIED as improper and procedurally insufficient.

DONE at Brownsville, Texas, this 13th day of October 2000.

_____
Felix Recio
United States Magistrate Judge

ClibPDF - www.fastio.com